UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
POSR A. POSR,

        Plaintiff,

  - against -

P.O. TULIO CAMEJO, Shield No. 16515,
INSPECTOR ANTHONY BOLOGNA, MICHAEL
R. BLOOMBERG, RAYMOND W. KELLY,
JOSEPH J. ESPOSITO, THE CITY OF NEW YORK
and CONNIE FISHMAN,

        Defendants.
-----------------------------------------------------------------X

07 CV 7583 (KPC)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              )ss:
COUNTY OF QUEENS    )

    ALAN D. LEVINE, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age, and resides in the County of New York, City and State of New York.

    On September 5, 2007, deponent served the within SUMMONS, COMPLAINT and JURY TRIAL DEMAND upon defendant CITY OF NEW YORK at 9:58 A.M., by delivering a true copy thereof to Harold Eaton-Muhammad, Unit Chief, employed by the New York City Department of Law at 100 Church Street, 4th Floor, New York and authorized to accept service on behalf of defendant.

                                                _____
                                                ALAN D. LEVINE

Sworn to before me this
7th day of September 2007

_____
NOTARY PUBLIC

                              JENNIFER L BROSIUS
                        Notary Public - State of New York
                                No. 01BR6167337
                           Qualified in Queens County
                        My Commission Expires 05/29/2011