UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
POSR A. POSR,

                          Plaintiff,

      -v-

CAMEJO, et al.

                          Defendants.
------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 7583 (PKC) (JCF)

        **PLEASE TAKE NOTICE** that Cheryl L. Shammas hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          September 24, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *Counsel Defendants*

                                        By:    _____/s/_____
                                                Cheryl L. Shammas (CS 4108)
                                                Assistant Corporation Counsel
                                                Special Federal Litigation
                                                100 Church Street, Room 3-197
                                                New York, New York 10007
                                                212-788-1570 (direct)
                                                212-788-9776 (fax)

cc:  All Parties (by ECF)