UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

POSR A. POSR

       Plaintiff

       - against -

P.O. TULIO CAMEJO, Shield No. 16515,
Inspector ANTHONY BOLOGNA,
MICHAEL R. BLOOMBERG,
RAYMOND W. KELLY, JOSEPH J. ESPOSITO,
THE CITY OF NEW YORK and CONNIE FISHMAN

       Defendants
----------------------------------------

Index No.: 07 CV 7583

Affidavit of Service
Of Summons & Complaint with
Jury Trial Demand

State of New York: County of New York) :ss

    I, Stephen Chan, being duly sworn depose and say:

    1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

    2. On September 25, 2007 at 2:31 pm, at 100 Church Street, 4th Flr., New York, N.Y. I served the annexed Summons and Complaint with Jury Trial Demand upon Michael R. Bloomberg by personally delivering a true copy of the same to Tamekia Mendes Gammon, an employee of the Office of Corporation Counsel for the City of New York who said she was authorized to accept the same.

    3. Deponent describes the individual served as follows:

black female, black hair, 34-29 years, 5'6" tall, 130lbs

                               _____
                                 Stephen Chan

Sworn to before me this

September 26, 2007