UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

POSR A. POSR

       Plaintiff

- against -

P.O. TULIO CAMEJO, Shield No. 16515,
Inspector ANTHONY BOLOGNA,
MICHAEL R. BLOOMBERG,
RAYMOND W. KELLY, JOSEPH J. ESPOSITO,
THE CITY OF NEW YORK and CONNIE FISHMAN

       Defendants
----------------------------------------

Index No.: 07 CV 7583

Affidavit of Service
Of Summons & Complaint with
Jury Trial Demand

State of New York; County of New York) :ss

I, Stephen Chan, being duly sworn depose and say:

1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

2. On September 25, 2007 at 3:11 pm, at the 1st Precinct (Ericson Place & Varick Street) 1st Flr, New York, N.Y. I served a true copy of the within Summons and Complaint with Jury Trial Demand upon Inspector ANTHONY BOLOGNA, the defendant therein named, by personally delivering a true copy of the same to Sergeant Michel, a person of suitable age and discretion and an employee for the Police Department of the City of New York, the defendant's place of business, who said she was authorized to accept service.

3. Deponent describes the individual served as follows:

white female, blonde/brown hair, 33-35 years, 5'6"tall, 135lbs

                                                               Stephen Chan

Sworn to before me this

September 26, 2007

9/30/2010