AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

POSR A. POSR,

        Plaintiff,

V.

P.O. TULIO CAMEJO, Shield No. 16515, INSPECTOR ANTHONY BOLOGNA, MICHAEL R. BLOOMBERG, RAYMOND W. KELLY, JOSEPH J. ESPOSITO, THE CITY OF NEW YORK and CONNIE FISHMAN,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 7583**

JUDGE CASTEL

TO: (Name and address of Defendant)

Camejo, Bologna, Kelly, Esposito - One Police Plaza, New York, NY 10038
Bloomberg, City - c/o Corporation Counsel - 100 Church Street, NY, NY 10007
Fishman - Pier 40 @ West Houston Street, 2nd floor, New York, NY 10014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    ALAN D. LEVINE, ESQ
    80-02 Kew Gardens Road, Suite 1010
    Kew Gardens, New York 11415

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 27 2007

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev 8/01) Summons in a Civil Action

Connie Fishman

| | RETURN OF SERVICE | Pier 40, West Houston St. New York, NY 10014 |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | October 3, 2007 |
| NAME OF SERVER (PRINT) Richard Schacca | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with Maryann Monte (Chief of Staff). Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/3/07
            Date

Signature of Server

Franklin Square, NY 11010
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.