UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

POSR A. POSR

   Plaintiff

- against -

P.O. TULIO CAMEJO, Shield No. 16515,
Inspector ANTHONY BOLOGNA,
MICHAEL R. BLOOMBERG,
RAYMOND W. KELLY, JOSEPH J. ESPOSITO,
THE CITY OF NEW YORK and CONNIE FISHMAN

   Defendants
-----------------------------------------

Index No.: 07 CV 7583

Affidavit of Service
Of Summons & Complaint with
Jury Trial Demand

State of New York; County of New York) :ss

 I, Stephen Chan, being duly sworn depose and say:

1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

2. On September 25, 2007 at 1:59 pm, at 1 Police Plaza, 14th Flr, New York, N.Y. I served a true copy of the within Summons and Complaint with Jury Trial Demand upon RAYMOND W. KELLY, the defendant therein named, by personally delivering a true copy of the same to Krista Ashbery, a person of suitable age and discretion and an employee for the Police Department of the City of New York, the defendant's place of business, who said she was authorized to accept service.

3. Deponent describes the individual served as follows:

white female, light brown hair, 25-28 years, 5'5" tall, 125lbs

              _Stephen Chan_

Sworn to before me this

September 26, 2007