UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Posr A. Posr*

              *Plaintiff,*

-V-

*The City of New York, et al,*

              *Defendants.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

Case No. 07-CV-7583 (RJS)

ORDER OF REFERRAL
RNC Case

RICHARD J. SULLIVAN, District Judge:

The above entitled action is hereby referred to Magistrate Judge James C. Francis for the following purpose(s):

| | |
|---|---|
| __x__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ All such motions: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        October **17**, 2007

Richard J. Sullivan
United States District Judge