UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
POSR A. POSR,

                Plaintiff,

-v-

CAMEJO, et al.

                Defendants.
------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 7583 (RJS) (JCF)

**PLEASE TAKE NOTICE** that Alexis L. Leist hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       May 21, 2008

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the City of New York
                                  *Counsel Defendants*

                        By: _____
                             Alexis L. Leist (AL 4692)
                             Assistant Corporation Counsel
                             Special Federal Litigation
                             100 Church Street, Room 3-197
                             New York, New York 10007
                             212-788-0971 (direct)
                             212-788-9776 (fax)

cc:  All Parties (by ECF)